**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6876**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DEMETRIUS ANTONIO STARKS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:08-cr-00181-RJC-1)

_____

Submitted:  March 11, 2025                                    Decided:  March 14, 2025

_____

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Demetrius Antonio Starks, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Antonio Starks appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821. "We review a district court's decision [whether] to reduce a sentence under 18 U.S.C. § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The court clearly understood its authority to reduce Starks's sentence, but the court exercised its discretion to deny a reduction based on its review of the 18 U.S.C. § 3553(a) factors. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*